842 A.2d 368

**COMMONWEALTH of Pennsylvania, by D. Michael FISHER, Attorney General, Appellee,**

v.

**CIGTEC TOBACCO, LLC., Appellant.**

Supreme Court of Pennsylvania.

Feb. 17, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of February, 2004, this appeal is QUASHED as interlocutory.